UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE DEANNA KORTEKAAS,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>Defendants. | CASE NO. ED CV 09-00650 DEW (OPx)<br><br>**PROTECTIVE ORDER REGARDING DISCLOSURE OF DOCUMENTS FROM LAW ENFORCEMENT PERSONNEL RECORDS REGARDING PROBATION SEARCH AND TRAFFIC STOP** |

Good cause appearing therefor from the Stipulation of counsel, the Court issues the following Protective Order:

**PROTECTIVE ORDER**

Defendant, COUNTY OF RIVERSIDE, shall provide to all counsel in this matter a copy of the Internal Affairs investigation concerning the Probation Search and Traffic Stop which are the subject of this litigation.

The information and documents to be disclosed are subject to the following **Protective Order:**

1. Counsel for the plaintiff shall not convey, transfer, publish, distribute, copy, duplicate or disseminate the information or documents so provided except as may be reasonably necessary for the prosecution of this litigation, by communicating with the parties, or investigators, consultants and experts

retained on behalf of the parties in this matter.

2. Prior to the dissemination of any such information or documents pursuant to this order, counsel for the plaintiff shall inform such person of the terms and conditions of this order and secure such person's agreement to be bound by it.

3. Plaintiff, plaintiff's counsel, and plaintiff's investigators, consultants and experts are expressly prohibited from utilizing the disclosed information or documents for any purpose other than the prosecution this case, *Kortekaas v. County of Riverside, USDC Case No. ED CV 09-00650 DEW (OPx)*, and the information or documents disclosed shall not be utilized in any other proceeding or litigation, or for any other purpose.

4. Plaintiff, plaintiff's counsel, and plaintiff's investigators, consultants and experts are expressly prohibited from duplicating, copying or otherwise distributing or disseminating any of the disclosed information or documents to any person or entity other than as necessary in the prosecution of this case.

5. Counsel for each party shall take reasonable precaution to prevent the unauthorized or inadvertent disclosure of any of the protected information or documents.

6. The copies of any records disclosed to counsel for parties pursuant to this Order may be distinctively marked, provided that such marking does not obscure or obliterate the content of any record, and may be stamped or water marked with substantially the following language: "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - DO NOT DUPLICATE."

7. In the event anyone shall violate or threaten to violate any terms of this Protective Order, the aggrieved party may immediately apply to obtain injunctive relief and monetary sanctions to this court against any such person violating or threatening to violate any of the terms of this order. This court shall retain jurisdiction over the parties and any other persons subject to the terms of this Order for the purpose of enforcing this Order. The court shall have the power

1   to impose whatever penalties it deems appropriate for the violation of said
2   Order, including, but not limited to, monetary and judicial sanctions and
3   contempt.
4   8.   This Order shall survive the final termination of this action, to the extent that the
5       information or documents disclosed remains confidential and does not become
6       known to the public, and the court shall retain jurisdiction to resolve any dispute
7       concerning the use of the information or documents disclosed herein.
8   9.   Upon final conclusion of the present litigation, all copies of all documents
9       ordered disclosed pursuant to this Order shall be returned to counsel for
10      defendant, COUNTY OF RIVERSIDE, who will then return them to the
11      appropriate authorities of the Riverside County Sheriff's Department.

Dated:   December 16, 2010

Hon. Donald E. Walter
United States District Judge