IN THE UNITED STATES DISTRICT COURT FOR

THE CENTRAL DISTRICT OF CALIFORNIA    JS-6

EASTERN DIVISION

| | |
|---|---|
| RENEE DEANNA KORTEKAAS | CIVIL ACTION NO. 09-0650 |
| versus | JUDGE WALTER |
| COUNTY OF RIVERSIDE, ET AL | MAGISTRATE JUDGE PARADA |

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled,

**IT IS ORDERED** that this action is hereby **DISMISSED**, without prejudice to the right, upon good cause shown within ninety (90) days of the signing of this Order, to reopen the action if settlement is not consummated. The Clerk of Court is now requested to close this case.

**IT IS FURTHER ORDERED** that within ninety (90) days of the signing of this Order, the parties shall submit to the Court: (1) a joint motion to dismiss accompanied by a proposed order; or (2) a Rule 41(a)(1)(A)(ii) stipulation of dismissal signed by all parties who have appeared in this action. Any motion that may be pending in this case is hereby **DENIED AS MOOT.**

THUS DONE and SIGNED at Shreveport, Louisiana, this 18TH day of July, 2011.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE